August 13, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

MICHELLE M. ARRIAGA, Appellant

NO. 14-12-00611-CV                    V.

ROBERT A. CARTMILL, TROY CARTMILL AND TRAVIS CARTMILL,
Appellees

_____

This cause, an appeal from the judgment signed April 4, 2012, was heard on the transcript of the record. We have inspected the record and affirm the trial court's finding in favor of appellant, Michelle M. Arriaga, on her claim under the Uniform Fraudulent Transfer Act (UFTA), but we find the trial court erred in awarding Michelle M. Arriaga money damages of $52,000 and postjudgment interest on that amount. We therefore order that portion of the judgment of the court below **REVERSED** and **REMAND** the cause for the trial court to consider appropriate relief under UFTA section 24.008(b). Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order appellees, Robert A. Cartmill, Troy Cartmill and Travis Cartmill, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.